UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLODIS SHANE MCCUIEN                                                         PLAINTIFF

V.                                    4:18CV00210 BRW-JTR

NANCY A. BERRYHILL,
Deputy Commissioner for Operations,
performing the duties and functions not reserved
to the Commissioner of Social Security                                       DEFENDANT

## ORDER

I have reviewed the Recommended Disposition (Doc. No. 16) submitted by United States Magistrate Judge J. Thomas Ray. No objections have been filed. After careful consideration, I approve and adopt the Recommended Disposition in all respects. Judgment will be entered accordingly.

Accordingly, the Commissioner's decision is AFFIRMED, and Plaintiff Clodis Shane McCuien's Complaint (Doc. No. 2) is DISMISSED with prejudice.

IT IS SO ORDERED this 20th day of March, 2019.


                                                            Billy Roy Wilson_____
                                                            UNITED STATES DISTRICT JUDGE