UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

CLODIS SHANE MCCUIEN                                                                    PLAINTIFF

V.                                      4:18CV00210 BRW-JTR

NANCY A. BERRYHILL,
**Deputy Commissioner for Operations,**
**performing the duties and functions not reserved**
**to the Commissioner of Social Security**                                              DEFENDANT

## JUDGMENT

Based on the Order entered today, this case is DISMISSED with prejudice. Judgment is entered in favor of the Commissioner.

IT IS SO ORDERED this 20th day of March, 2019.

                                              Billy Roy Wilson_____
                                              UNITED STATES DISTRICT JUDGE